## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William Brian Freeman             CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 17-13290 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Wilmington Savings Fund Society FSB, As Trustee of Stanwich Mortgage Loan Trust F, and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)627-1322
Email: rsolarz@kmllawgroup.com
Attorney for Movant