### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Brian Freeman<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society FSB, As Trustee of Stanwich Mortgage Loan Trust F<br>　　　　　　　　　Movant<br>　　vs. | NO. 17-13290 PMM |
| William Brian Freeman<br>　　　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 27th day of January, 2022 at ~~Philadelphia~~, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on December 13, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

William Brian Freeman
2201 Reading Boulevard
Reading, PA 19609

Joseph L. Quinn
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532