United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-13290-pmm

William Brian Freeman     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jan 25, 2022     Form ID: 138OBJ     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Brian Freeman, 2201 Reading Blvd, Reading, PA 19609-2212 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13915323 | + | Flr Solution, Po Box 94498, Las Vegas, NV 89193-4498 |
| 13936645 | + | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14493218 | + | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 13915328 | + | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 13919644 | | Wells Fargo Bank, N.A., PO Box 10438, Des Monies, IA 50306-0438 |
| 14659612 | + | Wilmington Savings Fund Society FSB, As Trustee, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14555054 | + | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13915320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:25 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13994693 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2022 00:02:25 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13915322 | | Email/Text: mrdiscen@discover.com | Jan 25 2022 23:58:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 13920469 | | Email/Text: mrdiscen@discover.com | Jan 25 2022 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13915321 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 00:02:25 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13994246 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 00:02:28 | JP Morgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505, AZ1-1191, Phoenix, AZ 85038-9505 |
| 13915324 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 00:02:28 | JPMorgan Chase Bank, N.A., P.o. Box 24696, Columbus, OH 43224 |
| 13915325 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 00:02:25 | JPMorgan Chase Bank, N.A., Po Box 901003, Ft |

Case 17-13290-pmm   Doc 80   Filed 01/27/22   Entered 01/28/22 00:33:46   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| 13986667 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2022 00:02:20 | Worth, TX 76101<br>JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14124376 | + Email/Text: amps@manleydeas.com | Jan 25 2022 23:58:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13915326 | Email/Text: camanagement@mtb.com | Jan 25 2022 23:58:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 13975595 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2022 00:02:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13915327 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13915329 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2022 00:02:24 | Worlds Foremost Bank, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14010069 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMorgan Chase Bank  National Association amps@manleydeas.com |
| JEROME B. BLANK | on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor William Brian Freeman CourtNotices@rqplaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: 138OBJ | Total Noticed: 28 |

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society FSB  As Trustee of Stanwich Mortgage Loan Trust F
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN J ROSS
    on behalf of Debtor William Brian Freeman CourtNotices@rqplaw.com

THOMAS SONG
    on behalf of Creditor JPMorgan Chase Bank  National Association tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William Brian Freeman

    Debtor(s)

Case No: 17−13290−pmm

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/22

76 − 75
Form 138OBJ